UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable **JACQUELINE P. COX**  Hearing Date **9/24/18**

Bankruptcy Case No. **18-16424**  Adversary No. _____

Title of Case **BARBARA FREDRICHS**

Brief Statement of Motion: **MOTION TO IMPOSE STAY**

Names and Addresses of moving counsel:
**DAVID SIEGEL & ASSOC. LLC.
790 CHADDICK DR
WHEELING, IL 60090**

Representing **BARBARA FREDRICHS**

## ORDER

**IT IS HEREBY ORDERED**

THE STAY IS IMPOSED IN THIS CASE UNTIL THE COURT RULES OTHERWISE.

*/s/ Jacqueline P. Cox*

JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

6/11/99